PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## Western District of Texas

### Report on Offender Under Supervision

Name of Offender: <u>Antoine Darren Brewer</u>     Case Number: <u>A-13-CR-468(01)-LY</u>

Name of Sentencing Judicial Officer: <u>Honorable Lee Yeakel, United States District Judge</u>

Date of Original Sentence: <u>June 6, 2014</u>

Original Offense: <u>Possession with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. §§ 841(b)(1)(C) and 846</u>

Original Sentence: <u>108 months custody of the Bureau of Prisons, followed by a three (3) year term of supervised release; Special conditions include participation in a substance abuse program, workforce development program, alcohol abstinence, working towards obtaining GED, search and seizure; and a $100 special assessment</u>

Type of Supervision: <u>Supervised Release</u>     Date Supervision Commenced: <u>November 17, 2021</u>

Assistant U.S. Attorney: <u>Mark H. Marshall</u>     Defense Attorney: <u>David M. Gonzalez-Retained</u>

---

## PREVIOUS COURT ACTION

On November 13, 2015, the offender's motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2) was denied.

On December 21, 2018, the offender's second motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2) was denied.

## NONCOMPLIANCE SUMMARY

**Violation of Standard Condition No. 7:** "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician."

**Nature of Non-compliance:**  On December 7, 2021, and December 14, 2021, the offender submitted to random drug testing which returned positive from the lab for marijuana. The offender admitted to said use.

Antoine Darren Brewer
Report on Offender Under Supervision
Page 2

**U.S. Probation Officer Action:** On January 3, 2022, the offender reported as instructed and signed an admission form regarding his drug usage. The offender reported no further usage after December 24, 2021. Since the offender is on random drug testing there is a likelihood that any further tests in January will show positive due to residual use. Brewer will be monitored for any further drug usage through increased random drug testing. Accordingly, the Court reserves the right to revisit this allegation in the future, and should the offender incur any further violations, the Court will be notified immediately.

Respectfully submitted,

Bartosz Szatkowski
Senior United States Probation Officer
Date: January 10, 2022

Approved: _____
Craig A. Handy, Supervising
United States Probation Officer

**THE COURT ORDERS:**

[✓] No Action
[ ] The Extension of Supervision as Noted Above.
[ ] The Modification of Conditions as Noted Above.
[ ] Other

_____
Honorable Susan Hightower
United States Magistrate Judge

Date: January 10, 2022