PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
for
Western District of Texas

## Report on Offender Under Supervision

Name of Offender: Antoine Darren Brewer			Case Number: A-13-CR-468(01)-LY

Name of Sentencing Judicial Officer: Honorable Lee Yeakel, U.S. District Judge

Date of Original Sentence: June 6, 2014

Original Offense: Possession with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. §§ 841(b)(1)(C) and 846

Original Sentence: One Hundred Eight (108) months imprisonment, followed by three (3) years supervised release; Special conditions include: substance abuse treatment, workforce development, alcohol abstinence, obtain GED, search and seizure, and a $100 special assessment fee (satisfied)

Type of Supervision: Supervised Release     Date Supervision Commenced: November 17, 2021

Assistant U.S. Attorney: Mark H. Marshall     Defense Attorney: David M. Gonzalez (retained)

---

## PREVIOUS COURT ACTION

On November 13, 2015, the offender's motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2) was denied.

On December 21, 2018, the offender's second motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2) was denied.

On January 10, 2022, a Probation Form 12A was submitted to the Court advising the defendant provided a positive urinalysis for marijuana on December 7, 2021, and on December 14, 2021. It was recommended no action be taken, advising the defendant would be subject to increased drug testing. The Court concurred.

## NONCOMPLIANCE SUMMARY

**Violation of Mandatory Condition No. 2:** "The defendant shall not commit another federal, state, or local crime during the term of supervision."

Antoine Darren Brewer
Report on Offender Under Supervision
Page 2

**Violation of Standard Condition No. 11:** "The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer."

**Nature of Non-compliance:** On or about July 25, 2022, an officer with the Hays County Sheriff's Department observed a vehicle that was parked in a gas station parking lot in Buda, TX. It was noted the windows of the vehicle were tinted beyond what is legally allowed. The vehicle left the parking lot, and a traffic stop was conducted. The driver was identified as the defendant. His wife and children were also in the vehicle. The officer ran the vehicle's information and discovered it was reported to be stolen on April 24, 2022. The hit information also indicated a suspect matching the defendant's description wearing a ski mask. A search of the vehicle resulted in a plastic garbage bag with men's clothing, including a ski mask. The defendant's wife indicated the clothing belonged to the defendant. Additionally, suspicious receipts and vehicle tags were discovered. Subsequently, the defendant was arrested for Unauthorized Use of a Motor Vehicle. The case remains pending in Hays County, Texas, and has not yet been filed with state court.

Additionally, it was discovered the defendant was released on bail on July 30, 2022. The defendant did not notify the probation officer of his arrest until this writer contacted him on August 2, 2022.

**U.S. Probation Officer Action:** As the offender's new charge for Unauthorized Use of a Motor Vehicle remains pending in Hays County. This officer will update the Court once the case is disposed of. Accordingly, the Court reserves the right to revisit this allegation in the future. In addition, should Mr. Brewer incur any further violations, the Court will be immediately notified.

Respectfully submitted,

Miguel Rodriguez
U.S. Probation Officer
Date: August 8, 2022

Approved:

Hector J. Garcia
Supervising U.S. Probation Officer

Antoine Darren Brewer
Report on Offender Under Supervision
Page 3

---

**THE COURT ORDERS:**

[✓] No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Honorable Susan Hightower
United States Magistrate Judge

Date:  August 8, 2022